UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUIS ORLANDO SANTIAGO,
Plaintiff,

v. CIVIL ACTION NO. 26-11418-MPK

PETER KHOUTIJIAN, et al.,
Defendants.

ORDER
September 22, 2026

KELLEY, U.S.M.J.

Luis Orlando Santiago, who is representing himself, initiated this action by filing a complaint (#1) and a motion for leave to proceed *in forma pauperis*. (#2). On July 10, 2026, plaintiff filed an amended complaint. (#6). On August 28, 2028, the court allowed the motion for leave to proceed *in forma pauperis* and ordered Plaintiff to file a second amended complaint. Now before the court is plaintiff's second amended complaint. (#10).

Upon review of the pleadings, the court hereby orders:

1. The Clerk shall provide the Plaintiff with the form for Consent/Refusal of Magistrate Judge Jurisdiction and the instructions for that form ("consent package").

2. The Clerk shall issue a summons for service of the second amended complaint on the Defendants. Plaintiff is responsible for serving the summonses, second amended complaint, and this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. Because Plaintiff is proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If Plaintiff chooses to have service completed by the USMS, he shall provide the agency with all papers for service and a completed

USM-285 form for each party to be served. The USMS shall complete service as directed by Plaintiff with all costs of service to be advanced by the United States.

4. Plaintiff shall have 90 days from the date of the issuance of the summonses to complete service. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to Plaintiff. *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

**SO ORDERED.**

/s/ M. Page Kelley
M. PAGE KELLEY
United States Magistrate Judge